UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR424-0066 |
| | ) | |
| DARRELL GOLDEN | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Linda Moody** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Linda Moody** be granted leave of absence for the following periods: January 29, 2025 through January 31, 2025; February 5, 2025; February 12, 2025; February 14, 2025; February 19, 2025; February 21, 2025; February 26, 2025; February 28, 2025; March 5, 2025; March 7, 2025; March 12, 2025; March 14, 2025; March 19, 2025; March 26, 2025; March 28, 2025; April 2, 2025; April 4, 2025; April 9, 2025; April 11, 2025; April 16, 2025; April 23, 2025; April 25, 2025; May 7, 2025; May 9, 2025; May 14, 2025; May 21, 2025; May 23, 2025; and May 28, 2025.

**ORDERED**, this the 30th day of January, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA