UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR424-066 |
| | ) | |
| DARRELL DEMARCUS GOLDEN, | ) | |
| Defendant. | ) | |

ORDER

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's January 10, 2025, Report and Recommendation, (doc. no. 51), to which no party has filed objections. Accordingly, the Court ADOPTS the Report and Recommendation, (doc. no. 51), as the opinion of the Court. Therefore, Defendant's Motion to Suppress Statements is GRANTED, in part, and DENIED, in part. Doc. 23. His Motion to Suppress Physical Evidence is DENIED. Doc. 24.

ORDER ENTERED at Augusta, Georgia, this 31st day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA